United States District Court
District of Massachusetts

```
_____
                                 )
SECURITIES AND EXCHANGE COMMISSION,)
                                 )
        Plaintiff,               )
                                 )
           v.                    )    Civil Action No.
                                 )    19-11676-NMG
TANMAYA KABRA, a/k/a TAN KABRA and)
LAUNCHBYTE.IO, LLC, a/k/a        )
THE KABRA GROUP, LLC,            )
                                 )
        Defendants.              )
_____)
```

**EXTENDED TEMPORARY RESTRAINING ORDER, ORDER FREEZING
ASSETS AND ORDER FOR OTHER EQUITABLE RELIEF**

On August 6, 2019, this Court entered an Order in the above-captioned matter (Docket No. 11). The Order was in response to the emergency *Ex Parte* motion for a temporary restraining order (Docket No. 2) filed by plaintiff Securities and Exchange Commission ("the SEC"). In that Order, the Court found that the SEC had made a *prima facie* showing that:

1) defendant Tanmaya Kabra ("Kabra") and his entities, defendants LaunchByte.io, LLC, aka The Kabra Group, LLC (collectively, "LaunchByte"), had directly or indirectly engaged in the violations alleged in the Complaint;

2) there was a reasonable likelihood that those violations would be repeated;

3) there was a strong indication that unless restrained and enjoined by Order of this Court, defendants may dissipate and conceal assets which could be subject to an order of disgorgement or an order to pay a civil monetary penalty in this action and

- 1 -

    4) entry of a temporary restraining order freezing assets was in the public interest.

Accordingly, the Court ordered various conditions to remain in effect until Friday, August 16, 2019, at 5:00 P.M. and scheduled a hearing on the SEC's motion for Thursday, August 15, 2019, at 3:30 P.M.

Because defendants had not yet retained counsel, the SEC, with the assent of defendants, requested that the scheduled hearing be postponed and that the conditions remain in effect pending that continued hearing (Docket No. 16). The Court allowed that motion and rescheduled the hearing for Monday, September 9, 2019, at 11:00 A.M. (Docket Nos. 17, 18).

Defendants recently retained counsel. To allow the parties additional time to prepare, the SEC, with the assent of defendants, again requested that the scheduled hearing be postponed and that the conditions remain in effect pending that continued hearing (Docket No. 23). This Court hereby allows that motion and postpones the scheduled hearing until Friday, October 18, 2019, at 3:00 P.M.

Accordingly, the temporary restraining order entered on Tuesday, August 6, 2019, at 5:00 P.M. shall remain in full force and effect until Monday, October 21, 2019, at 5:00 P.M.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated September 9, 2019