UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-11676-NMG |
| TANMAYA KABRA, a/k/a TAN KABRA, and LAUNCHBYTE.IO, LLC a/k/a THE KABRA GROUP, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## **STATUS REPORT**

The plaintiff Securities and Exchange Commission ("the Commission") submits this status report in the above-captioned case, as ordered by the Court. [Dkt. 53].

The defendant in this case, Tanmaya Kabra ("Mr. Kabra"), was indicted on charges related to the same conduct at issue in this case. See Dkt. 48. After the Court denied Mr. Kabra's motion to dismiss this matter and scheduled a scheduling conference, [Dkt. 45, 46], the Department of Justice moved to intervene in this action so as to seek a stay. [Dkt. 47, 48]. The Court allowed that motion and, on May 8, 2020, stayed this case.

Since the case was stayed, the criminal litigation has been proceeding. It was previously set for trial on February 1, 2021, with a Final Pretrial Conference on January 21, 2021. Docket, United States v. Kabra, 19-10335-DJC ("Crim. Dkt."). Trial has now been continued to April 26, 2021, at the request of Mr. Kabra. [Crim. Dkt. 122].

In the above-captioned case, with the stay in place, the Commission has been referring any self-identified harmed investors to the criminal authorities, and updating them on the status of the criminal

case.  No discovery has taken place, and the parties have had no discussions about resolving the case.

                Respectfully submitted,

                SECURITIES AND EXCHANGE COMMISSION

                By its attorneys,

                //s//  Rachel E. Hershfang
                Rachel Hershfang  (Mass. Bar No. 631898)
                   Senior Trial Counsel
                Emily R. Holness  (New York Bar No. 4947941)
                   Senior Enforcement Counsel
                Alicia Reed (New York Bar No. 4913596)
                   Senior Enforcement Counsel
                Boston Regional Office
                33 Arch Street, 24th Floor
                Boston, MA  02110
                (617) 573-8987  (Hershfang direct)
                (617) 573-4590  (fax)
                HershfangR@sec.gov (Hershfang email)

Dated:  February 26, 2021

**CERTIFICATE OF SERVICE**

I certify that a copy of this motion has been served on defendants of record through filing electronically.

                //s// Rachel E. Hershfang
                Rachel E. Hershfang

Dated:  February 26, 2021