UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
SECURITIES AND EXCHANGE COMMISSION, )
                                                                    )
                        Plaintiff,                              )
                                                                    )
            v.                                                  )   Civil Action No. 19-11676-NMG
                                                                    )
TANMAYA KABRA, a/k/a TAN KABRA, and )
LAUNCHBYTE.IO, LLC a/k/a                         )
THE KABRA GROUP, LLC,                             )
                                                                    )
                        Defendants.                         )
                                                                    )
_____)

## STATUS REPORT

The plaintiff Securities and Exchange Commission ("the Commission") submits this status report in the above-captioned case, as ordered by the Court. [Dkt. 55].

The defendant in this case, Tanmaya Kabra ("Mr. Kabra"), was indicted on charges related to the same conduct at issue in this case. See Dkt. 48. After the Court denied Mr. Kabra's motion to dismiss this matter and scheduled a scheduling conference, [Dkt. 45, 46], the Department of Justice moved to intervene in this action so as to seek a stay. [Dkt. 47, 48]. The Court allowed that motion and, on May 8, 2020, stayed this case.

Since the case was stayed, the criminal litigation has proceeded through a Rule 11 hearing. On April 8, 2021, Mr. Kabra entered a guilty plea to a Superseding Information charging him with four counts of wire fraud in violation of 18 U.S.C. § 1343. Docket, United States v. Kabra, 19-10335-DJC ("Crim. Dkt.") 133. Sentencing is set for August 31, 2021. [Crim. Dkt. 137].

The undersigned respectfully submits that once Mr. Kabra has been sentenced in the criminal matter, there will be no further need for a stay in this case.

        Respectfully submitted,

        SECURITIES AND EXCHANGE COMMISSION

        By its attorneys,

        //s//  Rachel E. Hershfang
        Rachel Hershfang (Mass. Bar No. 631898)
           Senior Trial Counsel
        Emily R. Holness (New York Bar No. 4947941)
           Senior Enforcement Counsel
        Alicia Reed (New York Bar No. 4913596)
           Senior Enforcement Counsel
        Boston Regional Office
        33 Arch Street, 24th Floor
        Boston, MA  02110
        (617) 573-8987  (Hershfang direct)
        (617) 573-4590  (fax)
        HershfangR@sec.gov (Hershfang email)

Dated: June 25, 2021

**CERTIFICATE OF SERVICE**

I certify that a copy of this motion has been served on defendants of record through filing electronically.

        //s// Rachel E. Hershfang
        Rachel E. Hershfang

Dated: June 25, 2021