UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TANMAYA KABRA, a/k/a TAN KABRA, and<br>LAUNCHBYTE.IO, LLC a/k/a<br>THE KABRA GROUP, LLC,<br><br>Defendants. | Civil Action No. 19-11676-NMG |

## NOTICE OF WITHDRAWAL

The undersigned counsel respectfully withdraws her appearance as counsel for the Securities and Exchange Commission in the above-captioned case.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorney,

//s//  Rachel E. Hershfang
Rachel Hershfang  (Mass. Bar No. 631898)
   Senior Trial Counsel
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
(617) 573-8987  (Hershfang direct)
(617) 573-4590  (fax)
HershfangR@sec.gov (Hershfang email)

Dated: September 1, 2021

**CERTIFICATE OF SERVICE**
I certify that a copy of this motion has been served on defendants of record through filing electronically.
/s/ Rachel E. Hershfang
Rachel E. Hershfang