UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 19-11676-NMG

US Securities and Exchange Commission

v.

Tanmaya Kabra, et al

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

By the Court,

/s/ Christine M. Lima
Deputy Clerk

December 1, 2021

To: All Counsel